UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19341
   DANIEL SAMUEL JACOB
   ERIN MARIE JACOB                       CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9037    SSN XXX-XX-9731

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/18/07 .

   2.  The case was converted to Chapter 7 without confirmation, 12/10/2007.

   3.  The Debtor paid a total of $  1146.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | 188.11 |
| BOWFLEX | SECURED | .00 | .00 | .32 |
| CIRCUIT CITY  CHASE | SECURED | .00 | .00 | .20 |
| CIRCUIT CITY  CHASE | SECURED | .00 | .00 | .32 |
| GE MONEY BANK | SECURED | .00 | .00 | 25.82 |
| ULTRA DIAMOND | SECURED | .00 | .00 | .16 |
| WELLS FARGO | SECURED | .00 | .00 | .16 |
| ACE CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALIENWARE | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARPETLAND USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DICKS SPORTING GOODS | UNSECURED | NOT FILED | .00 | .00 |
| CAP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MACYS CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MACYS CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PAYPAL | UNSECURED | NOT FILED | .00 | .00 |
| SECOND WIND | UNSECURED | NOT FILED | .00 | .00 |
| SPORTS AUTHORITY | UNSECURED | NOT FILED | .00 | .00 |

```
TARGET                       UNSECURED    NOT FILED              .00              .00
WALMART                      UNSECURED    NOT FILED              .00              .00
WELLS FARGO CARD SERVICE     UNSECURED    NOT FILED              .00              .00
           Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00         .00          .00
PRINCIPAL PAID        215.09          .00          .00         .00       215.09
INTEREST PAID            .00          .00          .00         .00          .00
TOTAL PAID            215.09          .00          .00         .00       215.09
```

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $        .00
and was paid $        .00 .

The Trustee received $      10.14 .

Refunds to the Debtor totaled $     920.77 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/17/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE